UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CATARINA GARZA,                                                          6:14-cv-518-TC

                        Plaintiff,

                                                                         ORDER

        v.

LABORER'S INTERNATIONAL UNION OF
NORTH AMERICA, LOCAL 121,

                        Defendant.
_____

COFFIN, Magistrate Judge:

        Pro se plaintiff, Catarina Garza, initiated this in the Small Claims Department in the Circuit

Court of the State of Oregon for Lane County on or about March 3, 2014. Plaintiff alleges that

defendant, Laborer's International Union Local 121, failed to appropriately process her grievance

against her former employer for failure to pay for work performed. Defendant removed the action

to this court on March 31, 2014.

        Plaintiff now "would like to file a Motion to Dismiss [and] is pleading that [her] Motion to

Dismiss Charges is granted and that each party take their losses and we can all put this behind us."

(ECF #5). Defendant responds that it does not object to dismissal so long as dismissal is with

prejudice. In her reply, plaintiff states that it is her "interpretation the defendant accepts/agrees to

Page 1 - ORDER

my Motion to Dismiss Charges and we each take our losses." (ECF #7).  Accordingly, the motion

to dismiss with prejudice is granted.

## CONCLUSION

For the reasons stated above, plaintiff's motion to dismiss (#5) is granted.  This action is

dismissed with prejudice and without costs to either party.

DATED this _27_ day of May,  2014.

THOMAS M. COFFIN
United States Magistrate Judge